# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JOLISA PERKINS

NO. 2023 KW 1345

**FEBRUARY 20, 2024**

---

In Re:    Jolisa Perkins, applying for supervisory writs, 20th
          Judicial District Court, Parish of East Feliciana,
          Nos. 23-CR-169, 23-CR-170, 23-CR-171, 23-CR-172.

---

**BEFORE:    GUIDRY, C.J., WOLFE AND STROMBERG, JJ.**

**REQUEST FOR ORAL ARGUMENT DENIED. WRIT DENIED.**

JMG
EW
TPS

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
        FOR THE COURT